1  STUART HANLON, SBN: 66104
   SARA RIEF, SBN: 227279
2  Law Offices of Hanlon & Rief
   179 - 11th Street, 2nd Floor
3  San Francisco, California 94103
   (415) 864-5600
4
   Attorney for Defendant
5  VLADIMIR KHOSID

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 10-0645 CRB |
| Plaintiff, | [PROPOSED] ORDER RE MODIFICATION OF PRETRIAL RELEASE CONDITIONS |
| v. | |
| VLADIMIR KHOSID, | |
| Defendant. | |

GOOD CAUSE HAVING BEEN SHOWN,

**IT IS HEREBY ORDERED** that the defendant, Vladimir Khosid be allowed to travel to South Lake Tahoe from July 2, 2011 through July 4, 2011 for the purpose of a vacation. All other conditions of pretrial release remain the same.

**IT IS SO ORDERED.**

Dated 24 June 11

MAGISTRATE JUDGE BERNARD ZIMMERMAN
UNITED STATES DISTRICT COURT

3